IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> MALANDO BATES § | No. 4:22CR96 <br> Judge Mazzant |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Convicted Felon)

FILED
APR 13 2022
Clerk, U.S. District Court
Texas Eastern

On or about October 24, 2021, in the Eastern District of Texas, **MALANDO BATES**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit Glock, Model 22, .40 caliber pistol, bearing serial number DUA211, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
(Pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § USC 2461(c))

As a result of the commission of the foregoing offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), any firearm or ammunition involved in a violation of 18 U.S.C. § 922(g)(1), namely, the following:

a. a Glock, Model 22, .40 caliber pistol, bearing serial number DUA211; and

b. Any ammunition related to the case.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____         4/13/22
TRACEY M. BATSON                         Date
Assistant United States Attorney

INDICTMENT - Page 2
Malando Bates

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 4:22CR 96 |
| | § Judge Mazzant |
| MALANDO BATES | § |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 922(g)(1)

Penalty: Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; and a term of supervised release of not more than three (3) years.

If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; and a term of supervised release of not more than five (5) years.

Special Assessment: $ 100.00

NOTICE OF PENALTY – Solo Page
Malando Bates